**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROY KEMMER, LETA KEMMER,
SHERRY L. KEMMER, SHEILA L. KEMMER,
KENNETH RAY GARRISON, MARY J ANE GARRISON,
TRACY SCOTT MCCARTY, JANETTE MCCARTY,
W.T. ALTOM, EVALEE ALTOM, THOMAS SHANE STONE,
EACH INDIVIDUALLY AND ON BEHALF OF OTHER
SIMILARLY SITUATED CITIZENS OF ARKANSAS**                   **PLAINTIFFS**

**VS.**                    **CASE NO.: 2-09-CV-0073-BSM**

**DAVID H. ARRINGTON OIL AND GAS, INC.**                    **DEFENDANT**

**ORDER**

Plaintiffs' request to consolidate the present case (Doc. No. 26) with *Hall et. al. v. David H. Arrington Oil and Gas, Inc.*, Case No. 2:09-CV-0091-BSM (filed July 16, 2009) and *Smith et. al. v. David H. Arrington Oil and Gas, Inc.*, Case No. 2:09-CV-00101-BSM (filed July 27, 2009) for pre-trial purposes pursuant to Federal Rule of Civil Procedure 42(a) is granted. Plaintiffs' notice of related case and their request to consolidate the present case (Doc. No. 31) with *Knowlton et. al. v. David H. Arrington Oil and Gas, Inc.*, Case No. 4:09-CV-00461-SWW (filed June 24, 2009) is granted, and *Knowlton* is hereby transferred to the undersigned pursuant to General Order No. 39. Judicial economy dictates transfer of this case because it bears common questions of law and fact to *Whistle v. David H. Arrington Oil & Gas Inc., et al.*, Case No. 2:08-cv-00037, a case that was closed by the undersigned on June 11, 2009.

*Hall, Smith,* and *Knowlton* are consolidated with the present case in the interest of

judicial economy, as they present common questions of law and fact.  Accordingly, plaintiffs' motions to consolidate and notice of related case are hereby granted (Doc. Nos. 26, 31).

IT IS SO ORDERED THIS 3rd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE