# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

ROY KEMMER, LETA KEMMER,
SHERRY L. KEMMER, SHEILA L. KEMMER,
KENNETH RAY GARRISON, MARY J ANE GARRISON,
TRACY SCOTT MCCARTY, JANETTE MCCARTY,
W.T. ALTOM, EVALEE ALTOM, THOMAS SHANE STONE,
EACH INDIVIDUALLY AND ON BEHALF OF OTHER
SIMILARLY SITUATED CITIZENS OF ARKANSAS                    PLAINTIFFS

VS.                    CASE NO.: 2:09-CV-0073-BSM

DAVID H. ARRINGTON OIL AND GAS, INC.                       DEFENDANT

## ORDER

Plaintiffs moved to compel discovery responses from defendant David H. Arrington Oil and Gas, Inc. ("Arrington") on November 2, 2009 (Doc. No. 34) after they served interrogatories, requests for production, and request for admissions on Arrington on August 21, 2009. Arrington responded to the discovery requests on September 21, 2009, objecting to all interrogatories and production requests. Arrington admitted some of the requests for admissions, but denied many of them. Having reviewed the relevant documents, the plaintiffs' motion to compel is granted in part and denied in part as follows:

Interrogatory No. 1 and Request for Production No. 1. The motion to compel production of these requests is granted. Arrington is directed to identify and provide the requested information for every person that returned a signed lease agreement for mineral rights located in the state of Arkansas.

Interrogatory No. 2 and Request for Production No. 2. The motion to compel production of these requests is granted. Arrington is directed to produce documents regarding the requests for admission numbered 19, 20, 27, 28, 34, 61, 78, 79, 93, 107, 121, 144, 145, 146, 147, and 149.

Interrogatory No. 4 and Request for Production No. 4. The motion to compel production of these requests is denied. The interrogatory is denied because it is broader than the putative class.

Interrogatory No. 5 and Request for Production No. 5. The motion to compel production of these requests is granted. Arrington is directed to produce all documents regarding all mineral rights owners that made a demand on a draft prepared by Arrington.

Plaintiffs' motion for attorney's fees is denied.

IT IS SO ORDERED THIS 14th day of December, 2009.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE