**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROY KEMMER, LETA KEMMER,
SHERRY L. KEMMER, SHEILA L. KEMMER,
KENNETH RAY GARRISON, MARY J ANE GARRISON,
TRACY SCOTT MCCARTY, JANETTE MCCARTY,
W.T. ALTOM, EVALEE ALTOM, THOMAS SHANE STONE,
EACH INDIVIDUALLY AND ON BEHALF OF OTHER
SIMILARLY SITUATED CITIZENS OF ARKANSAS**       **PLAINTIFFS**

**VS.**       **CASE NO.: 2-09-CV-0073-BSM**

**DAVID H. ARRINGTON OIL AND GAS, INC.**       **DEFENDANT**

**ORDER**

The clerk is hereby directed to substitute exhibit H to the response in opposition to the motion to certify class filed by defendant David H. Arrington Oil & Gas, Inc. (Doc. No. 70) with a recently submitted substitute exhibit containing redacted social security numbers.

IT IS SO ORDERED this 13th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE